```
CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
```
*Attorney for Defendants Trooper Sparacio and Trooper Mills.*

```
By:   Suzanne Davies
      Deputy Attorney General
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

_____
                              :
SHEENA SLIPPI-MENSAH,          :   Hon. Noel L. Hillman, U.S.D.J.
                              :
    Plaintiff,                 :   Civil Action No. 15-07750 (NLH/JS)
                              :
v.                            :
                              :
TROOPER J.M. MILLS AND         :
TROOPER SPARACIO,              :
                              :
    Defendants.                :
_____

    I hereby certify that Defendants' Answer to Plaintiff's Amended Complaint and accompanying Certification of Service were electronically filed with the Clerk of the United States District Court.

```
                         CHRISTOPHER S. PORRINO
                         ATTORNEY GENERAL OF NEW JERSEY

                    By:  s/Suzanne Davies_____
                         Suzanne Davies
                         Deputy Attorney General
```

Dated: 11/10/2016